IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE THAO,

    Plaintiff,                              No.  2:11-cv-2235 KJM AC P

    vs.

KATHLEEN DICKINSON, Warden,

    Defendant.                           ORDER

/

          On September 26, 2012, defendant filed a motion to dismiss this action. See Doc. No. 25. Any opposition or statement of no opposition by plaintiff would have been due on or before October 22, 2012. See L.R. 230(l). To date, plaintiff has not filed any opposition or statement in response to the motion to dismiss.

          The court reminds plaintiff that failure of a responding party to file an opposition or statement of no opposition may be deemed a waiver of any opposition to the granting of the motion. See L.R. 230(l). The court will accordingly sua sponte grant plaintiff an extension of 30 days, and if plaintiff chooses not to file an opposition in that time, the court will consider that defendant's motion to be unopposed.

1

1       Good cause appearing, IT IS HEREBY ORDERED that plaintiff's time to file an opposition to defendant's motion to dismiss is extended for 30 days from the filing date of this order.

DATED: December 7, 2012.

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb
thao2235.36