UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE THAO,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHLEEN DICKINSON,<br><br>    Defendant. | No. 2:11-cv-2235 KJM AC P<br><br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 6, 2013, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty eight days. (ECF No. 31.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 36.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Given that plaintiff is being given leave to amend, and in light of the statements made in his objections, the court will appoint counsel <u>for the limited purpose</u> of filing an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 6, 2013, are ADOPTED in full;

2. Defendant's motion to dismiss (ECF No. 25) is granted;

3. The amended complaint is dismissed without prejudice;

4. Plaintiff is granted the opportunity to file an amended complaint within twenty-eight (28) days of this order; andk.

5. The Clerk of Court is directed to contact Sujean Park, Pro Bono Panel and Alternative Dispute Resolution Coordinator, for the purpose of locating forthwith an attorney, admitted to practice in this court, who is willing to accept appointment for the limited purpose of representing plaintiff in filing an amended complaint. Once the amended complaint is filed, the appointment will terminate.

DATED: March 19, 2014.

_____
UNITED STATES DISTRICT JUDGE