1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE THAO

          Plaintiff,

    v.

KATHLEEN DICKINSON

          Defendant.

No. 2:11-cv-2235 KJM AC P

ORDER APPOINTING

LIMITED PURPOSE COUNSEL

      Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  The court finds that the appointment of counsel is warranted for the limited purpose of drafting an amended complaint.  Robert Navarro has been selected from the court's pro bono attorney panel to represent plaintiff and has accepted the appointment.

      Accordingly, IT IS HEREBY ORDERED that:

1.  Robert Navarro is appointed as counsel in the above entitled matter for the limited purpose of drafting an amended complaint.  The amended complaint will be due 90 days from the date of this order.

2.  Robert Navarro's appointment will terminate when plaintiff's amended complaint is filed.

3.  Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

/////

1

4.  The Clerk of the Court is directed to serve a copy of this order upon Robert Navarro, Law

Office of Robert Navarro, 1295 N. Wishon Avenue, Suite 3, Fresno, California 93728.

DATED:  April 22, 2014.

_____
UNITED STATES DISTRICT JUDGE