Kamala D. Harris, State Bar No. 146672
Attorney General of California
Tracy S. Hendrickson, State Bar No. 155081
Supervising Deputy Attorney General
Paul W. Tozer, State Bar No. 088810
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5470
 Fax: (916) 324-5205
 E-mail: Paul.Tozer@doj.ca.gov
*Attorneys for Defendant
K. Dickinson*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LEE THAO,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**KATHLEEN DICKINSON, Warden,**<br><br>　　　　　　　　　　Defendant. | 2:11-cv-2235-KJM-AC (PC)<br><br>**STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT; ORDER**<br><br>Judge:　　　The Honorable Allison Claire<br>Action Filed:　December 20, 2011 |

　　　　Plaintiff Lee Thao and Defendant Kathleen Dickinson, by and through their respective counsel of record, stipulate as follows:

　　　　1.　　The Court previously granted Defendant's Dickinson's motion to dismiss, with leave to amend, and appointed counsel to Plaintiff for the limited purpose of filing an amended complaint no later than July 22, 2014 (ECF Nos. 38 and 39).

　　　　2.　　In an effort to resolve this case early and expeditiously, the parties have entered into early informal settlement discussions.

　　　　3.　　The parties agree that further investigation of the settlement terms being considered and any decision on whether the proposed terms are viable, will require an additional thirty days.

4.   Accordingly, because day 30 falls on a weekend, Plaintiff shall have an additional thirty two days, up to and including August 25, 2014, to file an amended complaint, should Plaintiff choose to file one.

Date:  July 18, 2014                              /s/ Robert Navarro
                                                  By: Robert Navarro
                                                  Attorney for Plaintiff

Date: July 21, 2014                               /s/ Paul W. Tozer
                                                  By: Paul W. Tozer
                                                  Deputy Attorney General
                                                  Attorneys For Defendant

IT IS SO ORDERED

Date: July 23, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2012305607
32032675.doc