1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  TRACY S. HENDRICKSON, State Bar No. 155081
   Supervising Deputy Attorney General
3  PAUL W. TOZER, State Bar No. 088810
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 324-5470
6    Fax:  (916) 324-5205
     E-mail:  Paul.Tozer@doj.ca.gov
7  *Attorneys for Defendant Dickinson*

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

12

13  **LEE THAO,**                          2:11-cv-02235-KJM-AC (PC)

14                          Plaintiff,     **SECOND STIPULATION (NUNC PRO
                                           TUNC) TO EXTEND TIME TO FILE**
15            v.                           **AMENDED COMPLAINT; [~~PROPOSED~~]
                                           ORDER**
16
17  **KATHLEEN DICKINSON, Warden,**
                                           Judge:        The Honorable Allison Claire
18                          Defendant.     Trial Date:   Not yet set
                                           Action Filed: December 20, 2011

19

20        Plaintiff Lee Thao and Defendant Kathleen Dickinson, by and through their respective

21  counsel of record, stipulate as follows:

22        1.    The Court previously granted Defendant's Dickinson's motion to dismiss, with leave

23  to amend, and appointed counsel to Plaintiff for the limited purpose of filing an amended

24  complaint no later than July 22, 2014 (ECF Nos. 38 and 39).

25        2.    By stipulation and order of July 24, 2014, a new deadline of August 25, 2014 was set

26  for Plaintiff to file an amended complaint in order to allow the parties to engage in settlement

27  discussions.

28  / / /

                                           1

1      3.     The parties did not reach a settlement agreement, and Plaintiff requires additional

2   time to prepare and file an amended complaint.

3      4.     Accordingly, the parties stipulate that Plaintiff shall file his amended complaint on or

4   before September 15, 2014.

5

6   Date: August 26, 2014                    */s/ Robert Navarro*                        .
                                              By: Robert Navarro
7                                            Attorney for Plaintiff

8

9   Date: August 27, 2014                    */s/ Tracy S. Hendrickson for*             .
10                                           By: Paul W. Tozer
                                             Deputy Attorney General
11                                           Attorneys For Defendant

12

13

14  IT IS SO ORDERED

15  Date: August 28, 2014

16                                           ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE
17

18

19

20  SA2012305607
    11456565.doc
21

22

23

24

25

26

27

28

2

Second Stipulation to Extend Time to File Amended Complaint; [Proposed] Order  (2:11-cv-02235-KJM-AC (PC))